**No. 11-5151. Vicente Rodriguez-Rodriguez, Petitioner v. United States.**

565 U.S. 892, 132 S. Ct. 274, 181 L. Ed. 2d 163, 2011 U.S. LEXIS 5693.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 421 Fed. Appx. 477.

**No. 11-5153. Daryl Brown, Petitioner v. United States.**

565 U.S. 892, 132 S. Ct. 274, 181 L. Ed. 2d 163, 2011 U.S. LEXIS 5729.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 627 F.3d 1068.

**No. 11-5154. Ruben Olivares-Gonzalez, Petitioner v. United States.**

565 U.S. 892, 132 S. Ct. 275, 181 L. Ed. 2d 163, 2011 U.S. LEXIS 5744.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5155. Alan Pearson, Petitioner v. Janet Napolitano, Secretary of Homeland Security.**

565 U.S. 892, 132 S. Ct. 275, 181 L. Ed. 2d 163, 2011 U.S. LEXIS 5457.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5156. Shirley Annette McMillan, Petitioner v. United States.**

565 U.S. 892, 132 S. Ct. 275, 181 L. Ed. 2d 163, 2011 U.S. LEXIS 5571.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 421 Fed. Appx. 361.

**No. 11-5157. Rufus Tyrone Nelson, Petitioner v. United States.**

565 U.S. 892, 132 S. Ct. 275, 181 L. Ed. 2d 163, 2011 U.S. LEXIS 5559.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 422 Fed. Appx. 239.

**No. 11-5158. Walter Greenking Boulding, Petitioner v. United States.**

565 U.S. 892, 132 S. Ct. 275, 181 L. Ed. 2d 163, 2011 U.S. LEXIS 5706.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 412 Fed. Appx. 798.